| Exhibit |
| :---: |
| A |

STATE OF MINNESOTA                                         DISTRICT COURT

COUNTY OF HENNEPIN                                         FOURTH JUDICIAL DISTRICT

---

Brian Rathke,

        Plaintiff,

                                  **SUMMONS**

v.

Stellar Recovery, Inc.,

        Defendant.

---

THIS SUMMONS IS DIRECTED TO THE ABOVE-NAMED DEFENDANT(S)

    1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this summons.

    2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this summons a written response called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person

who signed this summons located at:

>Drewes Law, PLLC
>1516 West Lake Street, Suite 300
>Minneapolis, Minnesota 55408.

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint. If you do not want to contest the claims stated in the complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have

information about places where you can get legal assistance. Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute

Dated: April 7, 2015

*[signature]*

Jonathan L. R. Drewes (#387327)
Bennett Hartz (#393136)
DREWES LAW, PLLC
1516 West Lake Street, Ste 300
Minneapolis, MN 55408
T (612) 285-3064
F (612) 285-3062
bennett@dreweslaw.com
***Attorneys for Plaintiff***

ACKNOWLEDGEMENT

The Plaintiff, by its undersigned attorney, hereby acknowledges that sanctions may be imposed pursuant to Minnesota Statute § 549.211.

Date: April 7, 2015

*[signature]*

Bennett Hartz (#393136)

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Brian Rathke,

        Plaintiff,

v.

Stellar Recovery, Inc.,

        Defendant.

**COMPLAINT**

**JURY TRIAL DEMANDED**

Court File No. _____

Case Type: Civil Other

1. Plaintiff Brian Rathke ("Consumer") brings this action to address the violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq.*, by Stellar Recovery, Inc. ("Debt Collector"), and to request a declaration of rights under Minn. Stat. § 555.01.

## **JURISDICTION, VENUE, AND PARTIES**

2. Venue is proper because Debt Collector's registered Minnesota address is located in Hennepin County.

3. Consumer is a natural person residing in Dakota County and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Debt Collector is a Florida corporation with a registered Minnesota

address of 100 South Fifth Street, Suite 1075, Minneapolis, MN 55402.

Debt Collector's principal business and purpose is collecting debts,

making it a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTS

5. Debt Collector is attempting to collect a consumer debt from Consumer.

6. As part of its collection, Debt Collector is reporting the debt to national consumer reporting agencies.

7. Debt Collector is inaccurately reporting Consumer's debt to these consumer reporting agencies as "Last active" in March 2015. *See credit report attached as* **EXHIBIT A**.

8. The date of the debt's last activity is determined by Consumer's last payment.

9. Consumer did not pay on this debt in March 2015.

10. The debt was not last active in March 2015, and was actually last active significantly before this date.

## COUNT I: ILLEGAL RE-AGING OF A CONSUMER DEBT

11. Consumer incorporates all other allegations as if set forth herein in full.

12. The FDCPA prohibits collectors from misrepresenting a debt's

"character, amount, or legal status:"

> "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . . The false representation of . . . the character, amount, or legal status of any debt . . . ." 15 U.S.C. § 1692e(2)(A).

13. Debt Collector wrongly reporting the debt as last active in March 2015 misled the credit reporting agencies and anyone accessing Consumer's credit report as to the character and legal status of the debt.

14. Making the debt appear more recent than it really is significantly negatively impacts Consumer's credit score.

15. Doing so also ensures that the debt will remain on Consumer's report longer than its seven-year limit under the Fair Credit Reporting Act.

16. This violation has impeded Consumer's ability to qualify for financing.

17. Debt Collector violated § 1692e(2)(A) by misreporting Consumer's debt with a last activity date of March 2015, thereby falsely representing "the character [and] legal status" of the debt.

18. This also violated the general § 1692e prohibition against "false, deceptive, or misleading representations."

19. This unwillingness to correct the credit report error has defamed

Consumer's character.

20. This violation has caused Consumer to suffer emotional distress, including frustration, confusion, and helplessness.

21. Consumer has been forced to hire legal counsel to correct Debt Collector's failure to comply with the FDCPA.

22. Consumer is entitled to actual damages in an amount to be determined at trial, statutory damages of $1,000.00, the costs of this action, and reasonable attorney's fees from Debt Collector in an amount to be determined by the court. 15 U.S.C. § 1692k.

## COUNT II: DECLARATION OF RIGHTS

23. Consumer incorporates all other allegations as if set forth herein in full.

24. Minn. Stat. § 555.01 allows a party to seek a declaration of its rights under the law.

25. Consumer is entitled to a determination as to the accurate last date of activity on the account alleged by Debt Collector.

## JURY TRIAL

26. Consumer demands a trial by jury. US Const. Amend. 7; Minn. R. Civ. P. 38.01.

## **PRAYER FOR RELIEF**

Consumer requests an Order for the following relief:

1. Judgment in favor of Consumer and against Debt Collector for actual damages in an amount to be determined at trial, $1,000 in statutory damages, the costs of this action, and a reasonable attorney's fee under 15 U.S.C. § 1692k.

2. Judgment declaring the accurate last date of activity on the account alleged by Debt Collector under Minn. Stat. § 555.01.

3. All other relief which the Court deems just and equitable.

Dated: April 7, 2015

*(signature)*

Jonathan L. R. Drewes (#387327)
Bennett Hartz (#393136)
DREWES LAW, PLLC
1516 West Lake Street, Ste 300
Minneapolis, MN 55408
T (612) 285-3064
F (612) 285-3062
bennett@dreweslaw.com
***Attorneys for Consumer***

## **ACKNOWLEDGEMENT**

The Plaintiff, by its undersigned attorney, hereby acknowledges that sanctions may be imposed pursuant to Minnesota Statute § 549.211.

Date: April 7, 2015

_____
Bennett Hartz (#393136)

# EXHIBIT A

# Kroll Factual Data — BUREAU EXPRESS

**Residential Merged Credit Report**

KROLL FACTUAL DATA, 5200 HAHNS PEAK DRIVE LOVELAND, CO 80538  800-766-5600  FAX 800-456-7669

| PACIFIC UNION FINANCIAL | Client Tracking | Requested by | Report ID |
|---|---|---|---|
| 8900 FREEPORT PARKWAY STE 150 | 2243 | 60 | G0506BXC2059993 |
| IRVING, TX 75063 | Client Code | BX Date requested | Charges |
| (877)500-0111 (972)528-4096 | 2486 | 03/25/2015 19:54:06 | 14.00 |

### Identification (as requested)

| Applicant's last name | First name | Middle | Suffix | DOB | Social Security |
|---|---|---|---|---|---|
| Rathke | Brian | A | | | |

### Residence Information (as requested)

| Present | | Lakeville | MN | 55044 | Telephone 7521 |
|---|---|---|---|---|---|

### File Variations

| Equifax | BQ1 | | RATHKE, BRIAN ALLAN | | 03/25/15 19:54 | |
|---|---|---|---|---|---|---|
| Experian | BX1 | | RATHKE, BRIAN A | | 03/25/15 19:54 | |
| Trans Union | BU1 | | RATHKE, BRIAN A | | 03/25/15 19:54 | |

### Credit Score Information

| Repository | Brand | Type | | | | |
|---|---|---|---|---|---|---|
| TransUnion | Classic 04 | FICO | | RATHKE, BRIAN A | | BU1 |

030 - Time since most recent account opening is too short
011 - Amount owed on revolving accounts is too high
028 - Number of established accounts
010 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts

**FACTA: Inquiries impacted the credit score.**

| Repository | Brand | Type | | | | |
|---|---|---|---|---|---|---|
| Equifax | BEACON 5 | FICO | | RATHKE, BRIAN ALLAN | | BQ1 |

40 - Derogatory public record or collection filed
20 - Length of time since derogatory public record or collection is too short
14 - Length of time accounts have been established
08 - Too many inquiries last 12 months

| Repository | Brand | Type | | | | |
|---|---|---|---|---|---|---|
| Experian | Fair Isaac V2 | FICO | | RATHKE, BRIAN A | | BX1 |

39 - Serious delinquency
13 - Time since delinquency is too recent or unknown
02 - Level of delinquency on accounts
10 - Ratio of balance to limit on bank revolving or other rev accts too high

**FACTA: TOO MANY INQUIRIES LAST 12 MONTHS**

### Public Records

No Public Records found

### Credit History

| | Opened | Reported | High balance | Reviewed | 30 | 60 | 90+ | Pastdue | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **STELLAR RECOVERY INC** 1827 | 04/13 | 03/15 | 16 | — | 0 | 0 | 0 | 16 | Collection 03/15 | 16 |
| | Last active 03/15 | *BX1 *BQ1 [Ind] | High limit 16 | Install (I9) Unknown | | | | | | |
| | Dish Network; Unpaid | | | Ratings: 03/15 9 | | | | | | |

| | Opened | Reported | High balance | Reviewed | 30 | 60 | 90+ | Pastdue | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **NATIONSTAR** 8749 | 08/14 | 02/15 | 340,000 | 3 mos | 0 | 0 | 0 | -0- | 360X $2241 | 337,693 |
| | Last active 02/15 | BX1 BU1 BQ1 [Ind] | High limit — | Install (I1) Mortgage (CNV) | | | | | | |
| | Freddie Mac | | | Ratings: 01/15 | | | | | | |